No. 1281, Misc. VAN RENSSELAER ET AL. *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied. *Frank C. Sibley* for petitioners. *George W. Coombe, Jr.* and *Aloysius F. Power* for respondent.

No. 1291, Misc. BEAUCHAMP *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 1294, Misc. McLAIN *v.* RANDOLPH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1077, Misc. LAND *v.* FLORIDA. Petition for writ of certiorari to the Supreme Court of Florida denied without prejudice to an application for a writ of habeas corpus in the appropriate United States District Court. The stay of execution heretofore granted by MR. JUSTICE BLACK pending the disposition of the petition for writ of certiorari is hereby extended for a period of 60 days from this date to allow the petitioner to file a petition for a writ of habeas corpus. If a petition for writ of habeas corpus is so filed, this stay is to continue pending disposition of the petition for a writ of habeas corpus. Petitioner *pro se. James W. Kynes,* Attorney General of Florida, and *A. G. Spicola, Jr.,* Assistant Attorney General, for respondent.

No. 1304, Misc. LEEPER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1312, Misc. BRAY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.